IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFONZO GOLDSMITH, JR., # 187932, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:17cv754-WHA |
| | ) | (WO) |
| PHYLLIS J. BILLUPS, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On December 13, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED; and

2. This case is DISMISSED without prejudice for Petitioner's failure to comply with the court's orders.

It is further ORDERED that Petitioner's "Motion for Fast and Speedy Final Disposition" (Doc. # 2) is DENIED.

A final judgment will be entered separately.

DONE this 9th day of January, 2018.


    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE